JOHN BURTON (SBN 86029)
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626-449-8300
Facsimile: 626-440-5968
jb@johnburtonlaw.com

T. KENNEDY HELM, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, CA 94609
Telephone: 510-350-7517
Facsimile: 520-350-7359
kennedy@helmlawoffice.com

Attorneys for Plaintiff Natasha Bradley, Individually and
as the Successor-in-Interest and Personal Representative
for Wayne Benjamin Bradley, Deceased

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA A. BRADLEY, Individually and as the personal representative of WAYNE BENJAMIN BRADLEY, deceased<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, as the Secretary of the California Department of Corrections and Rehabilitation (CDCR), JOE LIZARRAGA, Warden of Mule Creek State Prison, and DOES 1-50,<br><br>Defendants. | No. 2:18-cv-02994-TLN-AC<br><br>**(~~PROPOSED~~) ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF (UNOPPOSED) PURSUANT TO EASTERN DISTRICT CIVIL LOCAL RULE 233 FOR AN ORDER GRANTING PLAINTIFF LEAVE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(a)(2)(B) TO DEPOSE NON-PARTY PRISONER WITNESSES** |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), leave is hereby granted to Plaintiff Natasha Bradley to depose, by Zoom and for two-hours each of questioning time, the following seven witnesses in the custody of the California Department of Corrections according to the following schedule:

| WITNESS | FACILITY | DATE | TIME |
|---|---|---|---|
| Michael Mitchell #D41946 | Mule Creek State Prison | Wednesday, June 1, 2022 | 9:00 a.m. |
| Mia P. Rosati #P90478 | Mule Creek State Prison | Wednesday, June 1, 2022 | 11:00 a.m. |
| Dennis Mize, #F56969 | Mule Creek State Prison | Tuesday, June 7, 2022 | 9:00 a.m. |
| Jose F. Navas #D81427 | Mule Creek State Prison | Tuesday, June 7, 2022 | 11:00 a.m. |
| David Mijares, #AR4169 | California Men's Colony | T.B.D. | T.B.D |
| Christopher A. Cash, #AY9777 | California Substance Abuse Treatment Facility | T.B.D. | T.B.D. |
| Virgil J. Frye, #D19811 | California Medical Facility | T.B.D. | T.B.D. |

IT IS SO ORDERED.

Dated: May 16, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE