JOHN BURTON (SBN 86029)
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626-449-8300
Facsimile: 626-440-5968
jb@johnburtonlaw.com

T. KENNEDY HELM, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, CA 94609
Telephone: 510-350-7517
Facsimile: 520-350-7359
kennedy@helmlawoffice.com

Attorneys for Plaintiff Natasha Bradley, Individually and
as the Successor-in-Interest and Personal Representative
for Wayne Benjamin Bradley, Deceased

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATASHA A. BRADLEY, Individually and as the personal representative of WAYNE BENJAMIN BRADLEY, deceased<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, as the Secretary of the California Department of Corrections and Rehabilitation (CDCR), JOE LIZARRAGA, Warden of Mule Creek State Prison, and DOES 1-50,<br><br>Defendants. | No. 2:18-cv-02994-TLN-AC<br><br>**STIPULATION AND (PROPOSED) ORDER FOR PRODUCTION OF DOCUMENTS AUTHORED BY THE OFFICE OF THE INSPECTOR GENERAL RELATING TO THE INVESTIGATION OF THE DEATH OF BENJAMIN BRADLEY** |

Case No. 2:18-cv-02994-TLN-AC
STIP. & (PROP.) PROT. ORD. RE: PROD. OF
OIG DOCUMENTS

Plaintiff Natasha Bradley and Non-Party Amarik K. Singh, Inspector General of the State of California, through their undersigned counsel of record, and subject to this Court's approval, stipulate as follows:

## RECITALS

A. On June 23, 2022, Plaintiff served a subpoena for documents pursuant to Federal Rule of Civil Procedure 45 on a Non-Party, Custodian of Records for the Office of the Inspector General (OIG). The subpoena sought "any and all documents concerning the in-custody death of Wayne Benjamin Bradley, CDCR No. J47295, on November 18, 2017 at Mule Creek State Prison."

B. On July 7, 2022, the production date on the document subpoena, Non-Party Singh served objections to the production of the documents, asserting objections based on California law, as well as a privilege log. Among the documents responsive to the subpoena are 12 pages of records that are deemed confidential under California law, specifically California Penal Code section 6126.3(c)(3) and (c)(5). Because California Penal Code section 6124 provides criminal penalties for any OIG employee who releases any record which is restricted by law from release to the public, the OIG cannot produce the responsive records without subjecting itself to criminal penalties.

C. Plaintiff and Non-Party Singh have subsequently met and conferred, and Non-Party Singh, understanding that federal law – not state law – governs this action, is not opposed to producing to counsel of record in this action the OIG Critical Incident Summary (9 pages) and the OIG Incident Notification Notes (3 pages) so long as (1) the production is made pursuant to a court order and (2) all documents produced are designated "Highly Confidential—Attorneys' Eyes Only " and are subject to the protective order entered in this action (ECF No. 30).

## STIPULATION

Given the foregoing, Plaintiff and Non-Party Singh request that this Court grant the Parties' stipulation and order production of the documents as described in paragraph C.

Respectfully submitted,

| | |
|---|---|
| Dated: August 15, 2022 | LAW OFFICES OF JOHN BURTON<br>HELM LAW OFFICE, PC |
| | /s/ T. Kennedy Helm, IV<br>JOHN BURTON<br>T. KENNEDY HELM, IV<br>Attorneys for Plaintiff |
| Dated: August 15, 2022 | AMARIK K. SINGH<br>Inspector General of the State of California<br>JAMES C. SPURLING<br>Chief Counsel |
| | /s/ Shaun R. Spillane (as authorized on August 15, 2022)[1]<br>SHAUN R. SPILLANE<br>Attorneys for Non-Party Amarik K. Singh<br>Inspector General of California |

### (PROPOSED) ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Within seven (7) days of the date of this order, the Inspector General shall produce to Plaintiff Natasha Bradley the OIG Critical Incident Summary (9 pages) and the OIG Incident Notification Notes (3 pages). All documents produced will be subject to the protective order entered in this action (ECF No. 30) and shall be designated "Highly Confidential—Attorneys' Eyes Only."

**IT IS SO ORDERED.**

Dated: August 16, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Local Rule 131(e), Non-Party's counsel has authorized submission of this document on his behalf.

Case No. 2:18-cv-02994-TLN-AC
STIP. & (PROP.) PROT. ORD. RE:
PRODUCTION OF OIG DOCUMENTS

2