JOHN BURTON (SBN 86029)
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California  91103
Telephone: 626-449-8300
Facsimile: 626-440-5968
jb@johnburtonlaw.com

T. KENNEDY HELM, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, CA 94609
Telephone: 510-350-7517
Facsimile: 520-350-7359
kennedy@helmlawoffice.com

Attorneys for Plaintiff Natasha Bradley, Individually and
as the Successor-in-Interest and Personal Representative
for Wayne Benjamin Bradley, Deceased

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA A. BRADLEY, Individually and as the personal representative of WAYNE BENJAMIN BRADLEY, deceased<br><br>        Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, as the Secretary of the California Department of Corrections and Rehabilitation (CDCR), JOE LIZARRAGA, Warden of Mule Creek State Prison, and DOES 1-50,<br><br>        Defendants. | No. 2:18-cv-02994-TLN-AC<br><br>No. 2:19-cv-01098-TLN-AC<br><br>**STIPULATION AND ORDER TO CONSOLIDATE CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)** |

1    Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiff Natasha A. Bradley, Plaintiff

2   Taryn Bradley-Aboyade, and Defendants, through their respective counsel of record, hereby stipulate

3   that the cases *Natasha Bradley v. Scott Kernan, et al.*, No. 2:18-cv-02994-TLN-AC and *Taryn Bradley-*

4   *Aboyade v. D. Crozier, et al.*, No. 2:19-cv-01098-TLN-AC should be consolidated for pretrial dates and

5   trial.

6    Both cases are 42 U.S.C. § 1983 actions arising out of a single incident: the murder of Wayne

7   Benjamin Bradley by his cellmate. The actions are brought by Mr. Bradley's wife, Natasha Bradley,

8   and daughter, Taryn Bradley. Both cases proceed against overlapping Defendants. Because both

9   actions involve similar questions of fact and law, the Parties submit that they should be consolidated

10   under Federal Rule of Civil Procedure 42(a).

11    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

12   Respectfully submitted,

13

14   Dated: April 12, 2023          LAW OFFICES OF JOHN BURTON
                                     HELM LAW OFFICE, PC
15

16                                  /s/ T. Kennedy Helm, IV
                                    JOHN BURTON
17                                  T. KENNEDY HELM, IV
                                    Attorneys for Plaintiff
18                                  NATASHA BRADLEY

19   Dated: April 12, 2023          CONLOGUE LAW, LLP

20

21                                  /s/ Kevin S. Conlogue*
                                    KEVIN S. CONLOGUE
22                                  ASHLEY M. CONLOGUE
                                    Attorneys for Plaintiff
23                                  TARYN BRADLEY-ABOYADE

24

25   Dated: April 12, 2023          ROB BONTA
                                     Attorney General of California
26                                  JEFFREY T. FISHER
                                    Supervising Deputy Attorney General
27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ William P. Buranich*
WILLIAM P. BURANICH
Deputy Attorney General
Attorneys for Defendants

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

### ORDER

GOOD CAUSE having been shown, the foregoing stipulation to consolidate cases *Natasha Bradley v. Scott Kernan, et al.*, No. 2:18-cv-02994-TLN-AC and *Taryn Bradley-Aboyade v. D. Crozier, et al.*, No. 2:19-cv-01098-TLN-AC pursuant to Federal Rule of Civil Procedure 42(a) is HEREBY GRANTED.  The Clerk of Court is directed to consolidate these cases and close 2:18-cv-02994-TLN-AC.

**IT IS SO ORDERED.**

Dated: April 13, 2023

Troy L. Nunley
United States District Judge